# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

148981(74)(76)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
     Defendant-Appellant.

_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

     On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan to file a brief amicus curiae is GRANTED.  The amicus brief submitted on September 2, 2020, is accepted for filing.  On further order of the Chief Justice, the motion of the ACLU of Michigan to participate in oral arguments is GRANTED.  The ACLU of Michigan shall have five minutes of argument time separate from that of the parties.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020             

                                 Clerk